UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-HC-2287-D

UNITED STATES OF AMERICA,
        Petitioner,

        v.                                                      NOTICE OF APPEAL

BLAKE CHARBONEAU,
        Respondent.

       Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY

GIVEN that respondent, Blake Charboneau, hereby appeals to the Fourth Circuit Court of

Appeals from the judgment entered in this court in the above-captioned case.  As judgment was

entered by the Honorable James C. Dever III, Chief United States District Judge, on September

28, 2017, this notice is therefore filed within the time specification established in Rule 4(a)(B).

       Respectfully requested this 2nd day of October,  2017.

                     LOUIS C. ALLEN
                     Acting Federal Public Defender

                     */s/ Katherine E. Shea*
                     KATHERINE E. SHEA
                     Assistant Federal Public Defender
                     Counsel for Michael D. McBride
                     Office of the Federal Public Defender
                     150 Fayetteville Street, Suite 450
                     Raleigh, North Carolina 27601
                     Telephone: 919-856-4236; Fax: 919-856-4477
                     E-mail: kat_shea@fd.org
                     Member of NY State Bar
                     LR 57.1 Counsel, Appointed

1

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing *Notice of Appeal* was served upon:


**G. NORMAN ACKER, III**           **BLAKE CHARBONEAU**
**CHRISTOPHER M. ANDERSON**        Reg. No. 05318-059
**MICHAEL JAMES**                  FCI Butner Medium I
U.S. Attorney's Office             P.O. Box 1000
310 New Bern Ave.                  Butner, NC 27509
Suite 800                          via USPS
Raleigh, NC 27601-1461
Email: norma.acker@usdoj.gov
Email: michael.anderson7@usdoj.gov
Email: mike.james@usdoj.gov


by electronically filing the foregoing with the Clerk of Court on October 2, 2017 using the

CM/ECF system which will send notification of such filing to the above.

This the 2nd day of October, 2017.


/s/ Katherine E. Shea
KATHERINE E. SHEA
Assistant Federal Public Defender
Counsel for Michael D. McBride
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236; Fax: 919-856-4477
E-mail: kat_shea@fd.org
Member of NY State Bar
LR 57.1 Counsel, Appointed

2